United States District Court
Southern District of Texas
**ENTERED**
May 22, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| WONDERFUL CITRUS PACKING LLC, *Plaintiff* | § § § § § § § § § § § § | CIVIL ACTION NO. 18-291 |
| VS. | | |
| FIRST PRODUCE COLD STORAGE, L.L.C. D/B/A HI-LINE COLD BY FPCS, and DOES 1-10, inclusive, *Defendants* | | |

## [~~PROPOSED~~] ORDER OF DISMISSAL

Having reviewed the Joint Stipulation and Request for Dismissal ("Stipulation") of Plaintiff Wonderful Citrus Packing LLC ("Plaintiff") and Defendant First Produce Cold Storage, L.L.C. d/b/a Hi-Line Cold Storage by FPCS ("Defendant") (collectively, the "Parties"), and considering the terms of dismissal proper, IT IS HEREBY ORDERED:

    1.    The above-captioned action is DISMISSED without prejudice.

    2.    This Court retains jurisdiction for the purpose of enforcing the

terms of the Settlement Agreement attached to the Parties' Stipulation as Exhibit 1.

IT IS SO ORDERED.

Done May 22, 2019 at McAllen, Texas

Honorable Ricardo H. Hinojosa
United States District Judge